IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  2:06-CV-96-FtM-33SPC

BRADFORD T. KING,
On behalf of himself and all others
similarly situated,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　**COLLECTIVE ACTION**

HOMEBANC MORTGAGE
CORPORATION, a foreign corporation,
and PATRICK S. FLOOD,

    Defendants.
_____/

**PLAINTIFF'S SUPPLEMENTAL REQUEST FOR EXPEDITED ORAL ARGUMENT AND SUBSEQUENT EVIDENTIARY HEARING, IF NECESSARY, ON PLAINTIFF, BRADFORD T. KING'S, MOTION TO RESTRAIN, OR IN THE ALTERNATIVE LIMIT, DEFENDANTS' EX-PARTE COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS THROUGHOUT TRIAL AND TO ISSUE CORRECTIVE NOTICE**

Plaintiff, BRADFORD T. KING, by and through his undersigned counsel, files this Request for Oral Argument and Subsequent Evidentiary Hearing, If Necessary, on his Motion to Restrain, or in the Alternative Limit, Defendants' Ex-Parte Communications with Putative Class Members Throughout Trial and to Issue Corrective Notice and states:

Due to the importance of the issues in the Motion to Restrain, etc., Plaintiffs request expedited consideration and Oral Argument on the Motion.  Additionally, after narrowing the issues at hearing and determining if there are any facts controverted in

good faith whose determination is relevant to the granting of the Motion and fashioning of a remedy, the Court should set an evidentiary hearing on the facts as necessary.

In accordance with the Local Rules of United States District Court, Middle District Rule 3.01(d), Plaintiff estimates the time required for oral argument to be one hour.

WHEREFORE, Plaintiff requests this request be Granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. Mail, this 25th day of May, 2006, to: R. Scott Ferber, Esquire, King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia, 30309-3521 and Denise L. Wheeler, Esquire, Fowler White Boggs Banker, 2201 Second Street Ft. Myers, Florida 33901.

        MARSHALL A. ADAMS, P.A.
        *Attorneys for Plaintiff*
        One East Broward Boulevard
        Suite 1410
        Ft. Lauderdale, Florida 33301
        Phone: (954) 764-6450
        Fax: (954) 764-6448

        By:/s/E. NannettePiccolo_____
        Marshall A. Adams, Esquire
        Florida Bar: 712426
        E. Nannette Piccolo, Esquire
        Florida Bar: 0530311

MARSHALL A. ADAMS, P.A.
One East Broward Blvd., Suite 1410 Fort Lauderdale, FL 33301 - 954.764.6450 Fax 954.764.6448