IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  2:06-CV-96-FtM-33SPC

BRADFORD T. KING,
On behalf of himself and all others
similarly situated,

    Plaintiff,

v.                        **COLLECTIVE ACTION**

HOMEBANC MORTGAGE
CORPORATION, a foreign corporation,
and PATRICK S. FLOOD,

    Defendants.
_____/

**REQUEST FOR EXPEDITED ORAL ARGUMENT
AND SUBSEQUENT EVIDENTIARY HEARING, IF NECESSARY,
ON PLAINTIFF'S MOTION FOR COLLECTIVE ACTION CERTIFICATION
PURSUANT TO 29 U.S.C. §216(b) AND COURT SUPERVISED NOTIFICATION
OF PUTATIVE PLAINTIFFS AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff, BRADFORD T. KING, by and through his undersigned counsel, files this Request for Oral Argument and Subsequent Evidentiary Hearing, If Necessary, on his Motion for Collective Action Certification Pursuant to 29 U.S.C. §216(b) and Court Supervised notification of Putative Plaintiffs ("Motion") and states:

Due to the importance of the issues in the Plaintiffs Motion Plaintiff requests expedited consideration and Oral Argument on the Motion. Additionally, after narrowing the issues at hearing and determining if there are any facts controverted in good faith whose determination is relevant to the granting of the Motion and fashioning of a remedy, the Court should set an evidentiary hearing on the facts as necessary.

MARSHALL A. ADAMS, P.A.
One East Broward Blvd., Suite 1410 Fort Lauderdale, FL 33301 - 954.764.6450 Fax 954.764.6448

In accordance with the Local Rules of United States District Court, Middle District Rule 3.01(d), Plaintiff estimates the time required for oral argument to be one hour.

WHEREFORE, Plaintiff requests this request be Granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. Mail, this 25th day of May, 2006, to: R. Scott Ferber, Esquire, King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia, 30309-3521 and Denise L. Wheeler, Esquire, Fowler White Boggs Banker, 2201 Second Street Ft. Myers, Florida 33901.

MARSHALL A. ADAMS, P.A.
*Attorneys for Plaintiff*
One East Broward Boulevard
Suite 1410
Ft. Lauderdale, Florida 33301
Phone: (954) 764-6450
Fax: (954) 764-6448


By:/s/E. NannettePiccolo_____
Marshall A. Adams, Esquire
Florida Bar: 712426
E. Nannette Piccolo, Esquire
Florida Bar: 0530311