IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:06-CV-96-FtM-99SPC

BRADFORD T. KING,
On behalf of himself and all others
similarly situated,

    Plaintiff,

v.

**COLLECTIVE ACTION**

HOMEBANC MORTGAGE
CORPORATION, a foreign corporation,
and PATRICK S. FLOOD,

    Defendants.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I was a loan officer for Homebanc Mortgage Corporation ("HomeBanc") in Atlanta, GA (city/state) from on or about June 1999 (date) to September 2004 (date).

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by my attorneys and approved by this Court as fair and reasonable.

I hereby designate Marshall A. Adams, P.A., to represent me in this action and agree to be bound by fee agreements entered into by named Plaintiff, Bradford T. King.

DATE: 06/13/06    SIGNATURE: _____

PLEASE PRINT OR TYPE THE INFORMATION BELOW:

NAME: Joel S. Green

STREET NAME AND NO.: 7180 Riverside Drive

CITY, STATE AND ZIP CODE: Atlanta, GA. 30328

TELEPHONE NUMBERS: H-770-391-0087 (O)-770-804-7255

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. Mail, this 13th day of June, 2006, to: William A. Clineburg, Esquire, King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia, 30309-3521 and Denise L. Wheeler, Esquire, Fowler White Boggs Banker, 2201 Second Street Ft. Myers, Florida 33901.

> MARSHALL A. ADAMS, P.A.
> *Attorneys for Plaintiff Bradford T. King*
> One East Broward Boulevard
> Suite 1410
> Ft. Lauderdale, Florida 33301
> Phone: (954) 764-6450
> Fax: (954) 764-6448
>
> By */s/E. Nannette Piccolo*
> Marshall A. Adams, Esquire
> Florida Bar No.: 712426
> E. Nannette Piccolo, Esquire
> Florida Bar No.: 0530311