IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:06-CV-96-FtM-99SPC

BRADFORD T. KING,
On behalf of himself and all others
similarly situated,

    Plaintiff,

v.                                                                          **COLLECTIVE ACTION**

HOMEBANC MORTGAGE
CORPORATION, a foreign corporation,
and PATRICK S. FLOOD,

    Defendants.
_____/

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby give my consent to become a party plaintiff in the above-captioned action.

I was a loan officer for Homebanc Mortgage Corporation ("HomeBanc") in <u>Miami</u> (city/state) from on or about <u>June 2004</u> (date) to <u>September 2006</u> (date). <u>Started as Recruiter in Feb 2003.</u>

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by my attorneys and approved by this Court as fair and reasonable.

I hereby designate Marshall A. Adams, P.A., to represent me in this action and agree to be bound by fee agreements entered into by named Plaintiff, Bradford T. King.

DATE: <u>4/13/07</u>  SIGNATURE: <u>Darlene Swaffar</u>

PLEASE PRINT OR TYPE THE INFORMATION BELOW:

NAME: <u>Darlene Swaffar</u>

STREET NAME AND NO.: <u>1518 N. 59 Terrace</u>

CITY, STATE AND ZIP CODE: <u>Hollywood, FL 33021</u>

TELEPHONE NUMBERS: <u>Cell 786-208-1221 Work 305-682-3870</u>

\*\* TOTAL PAGE.02 \*\*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 13th day of April, 2007 and served upon: William A. Clineburg, Esquire, Matthew A. Boyd, Esq., Ryan Scott Ferber, Esq., Amanda C. Kunz, Esq., King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia, 30309-3521 and Denise L. Wheeler, Esquire, Carl Joseph Coleman, Esquire, Fowler White Boggs Banker, 2201 Second Street, Ft. Myers, Florida 33901 and John F. Mariani, Esq., Gunster, Yoakley & Stewart, P.A., Phillips Point, Suite 500 East, 777 South Flagler Drive, West Palm Beach, FL 33401-6194.

ADAMS, CASSIDY & PICCOLO
*Attorneys for Plaintiff Bradford T. King*
One East Broward Boulevard
Suite 1410
Ft. Lauderdale, Florida 33301
Phone: (954) 764-6450
Fax: (954) 764-6448
e-mail:   Madams@marshall-laws.com
          Npiccolo@marshall-laws.com

By s/E. Nannette Piccolo
   Marshall A. Adams, Esquire
   Florida Bar No.: 712426
   E. Nannette Piccolo, Esquire
   Florida Bar No.: 0530311