## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

BRADFORD T. KING, on behalf of himself and
others similarly situated,

                Plaintiffs,

vs.                                  Case No. 2:06-cv-96-FtM-99SPC

HOMEBANC MORTGAGE CORPORATION;
PATRICK S. FLOOD,

                Defendants.
_____

### ORDER

This matter comes before the Court on Plaintiff's Verified Response to Unauthorized "Emergency Motion for Status Conference and Notice to the Court" and Motion to Strike Documents Filed by E. Nannette Piccolo and to Terminate Her as Counsel of Record (Doc. #395) filed on June 6, 2011. The Court notes that this pleading was filed incorrectly, as it makes multiple requests for relief in one pleading. It appears that the pleading includes both a Motion to Strike Documents Filed by E. Nannette Piccolo and a Motion to Terminate E. Nannette Piccolo as Counsel of Record. The Court will direct counsel to file these as two separate motions in CM/ECF. Accordingly, it is now

**ORDERED:**

Counsel is directed to file the Motion to Strike and Motion to Terminate as two separate Motions in the CM/ECF system.

**DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of June, 2011.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record