UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRADFORD T. KING, on behalf of himself
and all others similarly situated,

                 Plaintiffs,

vs.                                                         Case No.  2:06-cv-96-FtM-99SPC

HOMEBANC MORTGAGE CORPORATION;
PATRICK S. FLOOD,

                 Defendants.

**ORDER**

This matter comes before the Court on Unopposed Motion for Special Admission to Practice of Lynette W. McNeil (Doc. #407) filed on June 13, 2011.  The Court construes the Motion as one for admission *pro hac vice* as counsel moves for admission to act as co-counsel in this case on behalf of Defendants.

Lynette W. McNeil, Esq., of the law firm King & Spalding LLP, moves the Court for permission to appear *pro hac vice* on behalf of the Defendants HomeBanc Mortgage Corporation and Patrick S. Flood.  Atty. McNeil is not a Florida resident, and is a member in good standing of the United States District Court for the Northern District of Georgia.  She is also a member in good standing of the Bar of Georgia.  Further, Joseph G. Santoro, Esq., of the law firm Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, Florida 33401, has agreed to serve as local Counsel in this matter.  The Court, having considered the motion, finds good cause and will grant the motion to appear *pro hac vice*.

Accordingly, it is now

**ORDERED:**

(1)     Unopposed Motion for Special Admission to Practice of Lynette W. McNeil (Doc. #407) is **GRANTED**.  Attorney Lynette W. McNeil of the law firm King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309-3521, shall be admitted *pro hac vice* on behalf of the Defendants HomeBanc Mortgage and Patrick S. Flood.

(2)     If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(3)     Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially without further notice.

**DONE AND ORDERED** at Fort Myers, Florida, this ___14th___ day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record