## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

BRADFORD T. KING, on behalf of himself
and all others similarly situated,

        Plaintiffs,

vs.                                  Case No. 2:06-cv-96-FtM-99SPC

HOMEBANC MORTGAGE CORPORATION;
PATRICK S. FLOOD,

        Defendants.

## ORDER

The Court held a hearing in this matter on June 16, 2011, during which time the Court discussed with counsel the status of this case. For the reasons stated on the record, the Court will allow the Parties 30 days within which to meet and confer regarding this case. After that time, the Parties will have 10 days to file a status report with the Court regarding the status of negotiations and how this case will proceed.

Accordingly, it is now **ORDERED:**

(1)    The Parties shall have until **July 15, 2011** to meet and confer regarding this case. No deadlines will be set during this time.

(2)    The Parties shall file a status report with the Court on or before **July 25, 2011** regarding the status of negotiations and how this case will proceed.

**DONE AND ORDERED** at Fort Myers, Florida, this   16th   day of June, 2011.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record