UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRADFORD T. KING, on behalf of himself
and all others similarly situated,

           Plaintiffs,

vs.                                                Case No.  2:06-cv-96-FtM-99SPC

HOMEBANC MORTGAGE CORPORATION;
PATRICK S. FLOOD,

           Defendants.
_____

**ORDER**

This matter comes before the Court on Emergency Motion for Status Conference and Notice to the Court (Doc. #393) filed on June 3, 2011, Plaintiff's Motion to Strike Documents Filed b y E. Nannette Piccolo (Doc. #399) filed on June 9, 2011, and Plaintiffs' Motion for Issuance of an Order Terminating E. Nannette Piccolo as Counsel of Record (Doc. #400) filed on June 9, 2011.  The Court held a hearing in this matter on June 16, 2011.  For the reasons stated on the record, the Court issues the following rulings.

Accordingly, it is now

**ORDERED:**

(1)     Plaintiff's Motion to Strike Documents Filed b y E. Nannette Piccolo (Doc. #399) is **GRANTED**.  Document #393 is hereby striken.  The Clerk of Court is directed to remove Doc. #393 from the docket sheet.

(2)     Plaintiffs' Motion for Issuance of an Order Terminating E. Nannette Piccolo as Counsel of Record (Doc. #400) is **GRANTED**. Attorney E. Nannette Piccolo is hereby terminated as counsel of record for Plaintiffs. The Clerk of Court is directed to terminate E. Nannette Piccolo as counsel for Plaintiffs and from all further notices of electronic filing in this matter.

**DONE AND ORDERED** at Fort Myers, Florida, this ___16th___ day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record