18. <u>Duty to Support and Defend the Settlement Agreement</u>: Plaintiffs and Opt-in Plaintiffs who neither withdraw from nor object to this Agreement, Plaintiffs' Counsel, Defendant and Defendant's Counsel each agree to abide by all the terms of this Agreement in good faith and to support it fully, and shall use their best efforts to defend this Agreement from any legal challenge, whether by appeal or collateral attack, or any other litigation filing which may reduce any of the consideration that either party would receive as a result of this Agreement (monetary or otherwise).

19. <u>Execution in Counterparts</u>: The parties agree that this Agreement may be executed in counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be part of the same Agreement.

20. <u>Jurisdiction</u>: The parties agree, that the United States District Court for the Middle District of Florida shall have continuing jurisdiction over any matters relating to or arising out of this Agreement.

IN WITNESS WHEREOF, the undersigned have executed this Agreement on the date shown below.

| PLAINTIFFS' REPRESENTATIVE | | DEFENDANT | |
|---|---|---|---|
| [signature] 6-26-13 | | [signature] 7-17-13 | |
| Bradford King    Date | | Patrick S. Flood    Date | |

Acceptance by Plaintiff/Opt-in Plaintiff:

BradKng    6-26-13
Name                     Date
Address:

Telephone:
Social Security #:
(To be redacted before filing.)

18