UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRADFORD T. KING, on behalf of himself and all other similarly situated

    Plaintiff,

v.

    Case No: 2:06-cv-96-FtM-38UAM

HOMEBANC MORTGAGE CORPORATION and PATRICK S. FLOOD,

    Defendants.
_____/

**ORDER[1]**

This matter comes before the Court on the Plaintiff, Bradford King's Motion to Strike Un-Redacted Notice of Filing Consent to Join (Doc. #494) filed on January 22, 2014. The Plaintiff moves the Court to strike the Notice of Consent to Join (Doc. #493) and attached exhibits. The Notice contains the un-redacted social security numbers, birth dates, addresses, and telephone numbers of three opt-in Plaintiffs. Thus, the Plaintiff moves the Court to strike the Notice of Consent in order to comply with the Court's CM/ECF rules regarding personal information.

As complete social security numbers birth dates, addresses, and telephone numbers of three opt-in Plaintiffs appear within the materials attached to the Notice, the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Clerk of the Court will be directed to strike the Notice.  All Counsel are reminded to comply in the future with the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section II(I)(1), which states that "[u]nless the court orders otherwise, an electronic filing made with the court that includes a social security number or an individual's tax identification number [or] birth date ... may include only ... [t]he last four digits of the social security number and tax identification number [and t]he year of birth[.]" Coley v. Wal-Mart Stores East, LP, WL 879294, *2-3 (M.D. Fla. March 28, 2008) *See also* M.D. Fla. Local Rule 1.01(a).

Accordingly, it is now

**ORDERED:**

The Plaintiff, Bradford King's Motion to Strike Un-Redacted Notice of Filing Consent to Join (Doc. #494) is **GRANTED**.

(1) The Clerk of the Court is directed to **STRIKE** the Notice of Consent to Join (Doc. #494) and all attachments and remove the document from the docket sheet.

(2) The Plaintiff is given leave to re-file the Notice of Consent to Join for the subject Opt-in Plaintiffs in accord with the Court's electronic filing procedures.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2