UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRADFORD T. KING, on behalf of himself and all other similarly situated

    Plaintiff,

v.

Case No: 2:06-cv-96-FtM-38CM

HOMEBANC MORTGAGE CORPORATION and PATRICK S. FLOOD,

    Defendants.
_____/

# ORDER[1]

This matter comes before the Court on the Plaintiff, Bradford King, et al. and the Defendant, Homebanc Mortgage Corporation and Patrick Flood's Joint Motion for Permission to Disburse Settlement Funds (Doc. #518) filed on July 31, 2014.

On October 8, 2013, the Court granted the Parties Motion for Preliminary Approval of the Settlement Agreement. (Doc. #464). The Settlement Agreement (Doc. #455) laid out the manner in which the funds are to be disbursed. Under the terms of the agreement the Plaintiff's will receive $290,000.00 in attorney's fees and costs and the remaining $300,000.00 will be disbursed to the Plaintiffs. (Doc. #455-1). The Parties state the funds will be disbursed as follows: Opt-in Plaintiffs who were deposed will be paid a flat amount

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

of $1000.00, Opt-in Plaintiffs who attended the February 8, 2013, mediation will receive a $500.00 expense stipend, Bradford T. King will receive $1,000.00 in consideration of the hours he spent as the Plaintiff's contact over the last five (5) years, and the balance of the settlement funds will be calculated as a percentage of the remainder.

Given that the Court has previously found the agreement to be a fair and reasonable solution to an FLSA claim, the Court finds good cause to grant the Motion to disburse the funds in compliance with the terms of the settlement agreement.

Accordingly, it is now

**ORDERED:**

(1) The Plaintiff, Bradford King, et al. and the Defendant, Homebanc Mortgage Corporation and Patrick S. Flood's Joint Motion for Permission to Disburse Settlement Funds (Doc. #518) is **GRANTED**.

(2) The Funds may be disbursed in compliance with the terms of the Settlement Agreement as outlined in (Doc. #455-1, ¶ (g)).

(3) The Plaintiffs' Counsel shall file a written status report on the progress of the disbursal of the funds every sixty (60) days.

(4) Plaintiffs' Counsel shall inform the Court in writing within ten (10) calendar days after all of the funds have been disbursed in accord with the Settlement Agreement.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record