UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRADFORD  T.  KING,  on  behalf  of
himself and all other similarly situated

       Plaintiff,

v.                                    Case No:  2:06-cv-96-FtM-38CM

HOMEBANC            MORTGAGE
CORPORATION  and  PATRICK  S.
FLOOD,

       Defendants.
_____/

## ORDER[1]

    This matter comes before the Court on the Plaintiff Bradford T. King's Status Report on the Disbursed Settlement Funds (Doc. #522) filed on April 20, 2015.  On October 8, 2013, the Court gave preliminary approval to the Parties Settlement Agreement pending the final disbursement of funds (Doc. #464).  The Plaintiff has now informed the Court that all of the funds have been disbursed to the Opt-In Plaintiffs and all of the checks have cleared.  The Court previously found that the Settlement Agreement was a fair and reasonable settlement of a bona fide FLSA claim, therefore, the case may now be dismissed with prejudice.

_____

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Bradford T. King's Complaint on behalf of himself and others similarly situated is hereby **DISMISSED** with prejudice.  The Clerk of the Court is directed to enter judgment accordingly, terminate any and all pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record